1:20 MJ 9085

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

I, JOANNA NAGY UNGER, Task Force Officer of the Federal Bureau of Investigation, United States Department of Justice, hereinafter referred to as Affiant, being duly sworn on oath, hereby deposes and states as follows:

## INTRODUCTION

1. Affiant is an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and Federal Rule of Criminal Procedure 41(a)(2)(C), as a Task Force Officer (TFO) of the Federal Bureau of Investigation (FBI). Affiant is empowered to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. Affiant has been employed by the State of Ohio Department of Rehabilitation and Correction since December 2000. Since May 2015, Affiant has been on full time special assignment to the FBI Violent Crime/Child Exploitation Task Force as a Task Force Officer. While working with the FBI, Affiant has been charged with the investigation of organized crime, general violent crime matters, and violent crimes against children in the Northern District of Ohio. Affiant gained experience through on the job training at the FBI, State of Ohio, and everyday work relating to conducting these types of investigations. Affiant has participated in all of the usual methods of investigation, including, but not limited to physical surveillance, questioning of witnesses and the analysis of evidence.

3. The statements contained in this affidavit are based, in part, on information developed by other Special Agents and Task Force members of the FBI, ATF Agents, and officers of the Willoughby Hills Police Department. Unless otherwise noted, whenever in this affidavit Affiant asserts information was provided by another law enforcement officer or an

investigator (who may have had either direct or hearsay knowledge of the information) with whom Affiant has spoken or whose report Affiant has read and reviewed. Likewise, any information pertaining to vehicles and registrations, personal data on subjects, and record checks, has been obtained through the Law Enforcement Automated Data System (LEADS), various state driver's license motor vehicle records, online database searches or the National Crime Information Center (NCIC) computers, and various open source databases such as LexisNexis.

## BACKGROUND

4. This Affidavit is submitted in support of a Complaint and arrest warrant for PATRICK SAMAR MASON, JR. Since this Affidavit is being submitted for the purpose of securing an arrest warrant for MASON, your Affiant has not included each and every fact known to her concerning this investigation. Your Affiant has set forth only the facts necessary to establish there is probable cause to believe that MASON violated Title 18, United States Code, Section 922(g)(1), that is, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, did unlawfully, knowingly possess in and affecting interstate commerce, a firearm and/or ammunition that had been shipped and transported in interstate commerce.

## PROBABLE CAUSE

5. On January 29, 2020, at approximately 2:39 pm, officers and detectives of the Willoughby Hills Police Department responded a call for two people passed out in a vehicle at the Bishop Shell Gas Station located at 2770 Bishop Road, Willoughby Hills, Ohio. This address is located in Lake County, within the Northern District of Ohio.

6. When law enforcement arrived at the scene, a male, later identified as PATRICK S. MASON, JR., was found in the passenger seat of the vehicle, slumped over and unresponsive to officers trying to rouse him.  Once officers were able to get the female driver to wake up and unlock the vehicle doors, officers found MASON breathing but unresponsive. They also observed a magazine, and loose ammunition on the floor board of the passenger area.  As officers began to pull MASON out of the vehicle, a holster was observed in the waistband area of his pants.  As officers removed MASON from the passenger seat, MASON woke and began to pull away from the officers and a semi-automatic handgun dropped from his pants.

7. The officers determined that MASON had a number of warrants for his arrest from multiple law enforcement agencies.

8. MASON has previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being Robbery, on or about January 10, 2012, in case number CR-11-555699, in Cuyahoga County Common Pleas Court; Burglary, on or about January 10, 2012, in case number CR-11-552859, in Cuyahoga County Common Pleas Court; Burglary, on or about January 10, 2012, in case number CR-11-552167, in Cuyahoga County Common Pleas Court; and Complicity to commit Burglary, on or about May 14, 2014, in case number 13CR000579, in Lake County Common Pleas Court.

9. An inventory of the contents of the vehicle and on MASON'S person, revealed a thirty round magazine, loose rounds of 9mm ammunition, a digital scale, an open bottle of Bombay Dry Gin and a holster.  The weapon was identified as a Taurus, model PT111, Millennium G2, 9mm caliber pistol, serial number TJP22624.


10.     Special Agent Cory Miles with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) conducted a visual examination of the pistol described in paragraph 9 and determined it was manufactured in Brazil, and therefore travelled in interstate commerce in order to be recovered in Willoughby Hills, Ohio.

## CONCLUSION

11.     Based upon the above listed facts and circumstances, your Affiant believes and asserts there is probable cause to believe that PATRICK SAMAR MASON, JR., on or about January 29, 2020, in the Northern District of Ohio, Eastern Division, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, did unlawfully, knowingly possess in and affecting interstate commerce, a firearm that had been shipped and transported in interstate commerce, in violation of Title 18, U.S.C., Section 922(g)(1).

_____
Joanna Nagy Unger, Task Force Officer
Federal Bureau of Investigation

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim. R. 41(d)(3) this <u>22nd</u> day of April, 2020.



William H. Baughman, Jr.
United States Magistrate Judge